Page 2
Prem N. Dhawan
Bankruptcy Trustee
P. O. Box 965
Benicia, CA 94510-1310
(707) 361-4264



FILED
SEP 2 8 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

KAMAL KHODABAKHSH

Debtor(s)

Case No. 96-22551-B-7

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 115 in the amount of $21,485.24, representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 002 | Consumer Edge<br>Bank of New york<br>PO Box 6971<br>Newark, DE 19714 | $2325.16 | $4048.12 |
| 003 | Advanta Leasing<br>P.O. Box 15110<br>Wilmington, E 19886 | $1608.10 | $2799.71 |
| 007 | Wells Fargo Bank – Visa<br>P.O. Box 23370<br>Oakland, Ca 94623 | $3708.01 | $6455.66 |
| 008 | Wells Fargo Bank<br>P.O. Box 4044<br>Concord, CA 94524 | $1181.14 | $2056.37 |

Page 1

| 009 | Wells Fargo Bank<br>P.O. Box 4044<br>Concord, CA 94524 | $3518.30 | $6125.38 |
|---|---|---|---|
| | | *Total Unclaimed Dividends:* | $21,485.24 |

Dated: September 16, 2010

_____
PREM N. DHAWAN, Bankruptcy Trustee